UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUN RUSHING,

                              Plaintiff,

              -against-

EXTRA SPACE STORAGE,

                              Defendant.

21-CV-9113 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued November 5, 2021, the complaint was dismissed without prejudice for improper venue.

Pursuant to the order dated January 3, 2022, IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff is barred under 28 U.S.C. § 1651 from filing any civil action in this court without first requesting permission from the court to file the action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 3, 2022
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge